UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DOMINIC THOMPSON,<br>Defendant. | Case No. 19-cr-00192-EJD-1   (VKD)<br><br>**ORDER RE DETENTION PENDING REVOCATION HEARING** |

In accordance with the Bail Reform Act, 18 U.S.C. §§ 3142, 3143(a), and Federal Rule of Criminal Procedure 32.1, the United States moves for detention of defendant Dominic Thompson, pending a hearing before the district judge regarding revocation of his supervised release. The Court held a detention hearing by videoconference, with Mr. Thompson's consent, on February 5, 2021.

Mr. Thompson waived written findings of fact and a written statement of the reasons for detention; the United States concurs in the waiver.

Having considered the factors set forth in 18 U.S.C. § 3142(g), the matters in the petition, and the proffers of counsel for Mr. Thompson and for the United States, the Court concludes that Mr. Thompson has not met his burden to show by clear and convincing evidence that he is not a danger to the community and that he will not flee or fail to appear for court as required. Fed. R. Crim. P. 32.1(a)(6). Accordingly, the Court orders Mr. Thompson detained pending a revocation hearing to be conducted pursuant to Fed. R. Crim. P. 32.1(b)(2).

Mr. Thompson is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from

1 persons awaiting or serving sentences or being held in custody pending appeal.  Mr. Thompson
2 shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order
3 of a court of the United States or on the request of an attorney for the United States, the person in
4 charge of the corrections facility shall deliver Mr. Thompson to the United States Marshal for the
5 purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: February 5, 2021

                                                                        VIRGINIA K. DEMARCHI
                                                                        United States Magistrate Judge